```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   JEREMY GAUTHIER,                 ) Case No. EDCV 08-1488-SJO(RC)
                                      )
12                 Plaintiff,         )
     vs.                              ) ORDER ADOPTING REPORT AND
13                                    ) RECOMMENDATION OF UNITED STATES
     JOHN STILES, DOES 1-7,           ) MAGISTRATE JUDGE
14                                    )
                   Defendants.        )
15   _____)
16
```

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) defendant Stiles's motion to dismiss for failure to state a claim is granted, and plaintiff's complaint is dismissed against defendants for failure to state a claim upon which relief can be granted and Judgment shall be entered accordingly.

//

```
 1        IT IS FURTHER ORDERED that the Clerk shall serve copies of
 2   this Order and the Magistrate Judge's Report and Recommendation by
 3   the United States mail on the parties.
 4
 5   DATED: ___June 3, 2009___        /s/ S. James Otero
 6                                   _____
 7                                         S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE
 8   R&Rs\08-1488.ado
     4/22/09
```

2