UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY GAUTHIER, | ) | Case No. EDCV 08-1488-SJO(RC) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| JOHN STILES, DOES 1-7, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that Judgment be entered dismissing plaintiff's complaint against defendants in their official capacities on Eleventh Amendment grounds.

IT IS FURTHER ADJUDGED that Judgment be entered dismissing the complaint for failure to state a claim upon which relief can be granted.

DATED: ____June 3, 2009_____  *S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&Rs\08-1488.jud
4/22/09